**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 1, 2008

CASE TITLE:    ELLEN ROSENTHAL BRODSKY-v-YAHOO!INC
RECEIVED FROM: **Central District of California Western Division**
                 **(CV 07-03125 CAS FMOx))**

CASE NUMBER:    **CV 08-02150 MHP**

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                            Sincerely,

                            RICHARD W. WIEKING, Clerk

                            *[signature: Gina Agustine]*

                            by:  Gina Agustine-Rivas
                            Case Systems Administrator

o:\mrg\civil\transin.mrg