United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN ROSENTHAL BRODSKY et al | No. C 08-2150 MHP |
| Plaintiff(s), | **ORDER OF RECUSAL AND REASSIGNMENT** |
| v. | |
| YAHOO! INC et al, | |
| Defendant(s). | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case.

This matter is reassigned to Judge Claudia Wilken, as part of the consolidated action C 08-02115 CW for all further proceedings.

**IT IS SO ORDERED.**

Dated: May 1, 2008

MARILYN HALL PATEL
United States District Judge