1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 ELLEN ROSENTHAL BRODSKY,              No. 08-02150 CW

10         Plaintiff,

11     v.

12 YAHOO!INC., et al.,

13         Defendants.
_____

14 MANFRED HACKER,                  No. 08-02115 CW

15         Plaintiff,

16     v.                       ORDER FOR
                                  CONSOLIDATION

17 YAHOO! INC., et al.,

18         Defendants.

19 _____/

20

21     On August 20, 2007, the above-captioned cases were

22 consolidated for purposes of pretrial and discovery proceedings by

23 the Honorable Christina A. Snyder, United States District Court,

24 Central District of California.  Thereafter, the cases were

25 transferred to the Northern District of California.  Pursuant to

26 Judge Snyder's Order and Fed. R. Civ. P. 42(a), these cases are

27 hereby consolidated into Civil Action No. **C-08-2150 CW, <u>Brodsky v.</u>**

28 **<u>Yahoo!</u>** (the earliest filed case) for all proceedings before this

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 Court. **All further documents shall be electronically filed in C-**

2 **08-2150 CW, Brodsky v. Yahoo!.**  A Case Management Conference is

3 set for August 5, 2008, at 2:00 p.m., in Courtroom 2, 1301 Clay

4 Street, Oakland, CA.

5     This Order is entered without prejudice to the rights of any

6 party to apply for severance of any claim or action, for good cause

7 shown.

8     IT IS FURTHER ORDERED that:

9     There appears to be no further reason at this time to maintain

10 C-08-2115 CW, Hacker v. Yahoo!, as an open case for statistical

11 purposes, and the Clerk is instructed to submit a JS-6 Form to the

12 Administrative Office.

13     Nothing contained in this Order shall be considered a

14 dismissal or disposition of C-08-2115 CW, Hacker v. Yahoo!, and,

15 should further proceedings in this case become necessary or

16 desirable, any party may initiate it in the same manner as if this

17 Order had not been entered.

18

19       5/8/08

20 Dated _____

                                      _____

21                                       CLAUDIA WILKEN
                                      United States District Judge

22

23

24

25

26

27

28                                   2