1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415-268-7000
6  Facsimile:   415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304
   Telephone:   650-813-5600
10 Facsimile:   650-494-0792

11 Attorneys for Defendant Yahoo! Inc., Terry S. Semel, Susan L.
   Decker, Farzad Nazem, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC.<br><br>ELLEN ROSENTHAL BRODSKY, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG,<br><br>Defendants.<br><br>This Document Relates To:  All Actions | **CLASS ACTION**<br><br>Case No. CV 08-02150 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE**<br><br>**[CIVIL L.R. 3-12, 7-11]** |

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

**STIPULATION**

Pursuant to Civil L.R. 3-12 and 7-11, and General Order 44, the parties in the shareholder derivative action captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.) ("*Watkins*"), through their undersigned counsel, agree that *Watkins*, having already been ordered related to this action, should, therefore, be reassigned from the Honorable Phyllis J. Hamilton to the undersigned Judge.

1. This action was filed in the United States District Court for the Central District of California on May 11, 2007.

2. *Watkins* was filed in the Central District of California on June 14, 2007.

3. Counsel for Defendants in this action also represent the defendants in *Watkins*.

4. The plaintiff in *Watkins* is represented by Frank J. Johnson and Francis A. Bottini, Jr. of Johnson Bottini, LLP.

5. On July 3, 2007, the Honorable Christina A. Snyder of the Central District of California consented to a low-number transfer of *Watkins* to her calendar, pursuant to Central District General Order 224, on the grounds that *Watkins*, this action, and other actions filed against Yahoo! before Judge Snyder "[a]rise from the same or closely related transactions, happenings or events"; "[c]all for determination of the same or substantially related or similar questions of law and fact"; and "[f]or other reasons would entail substantial duplication of labor if heard by different judges." Attachment A is a copy of the July 3, 2007 Order.

6. On August 27, 2007, October 1, 2007, and November 29, 2007, the parties in *Watkins* stipulated that *Watkins* should be coordinated with this action "in the interests of judicial economy." Attachments B, C, and D are copies of each stipulation.

7. On April 15, 2008, the defendants in *Watkins* moved to transfer *Watkins* to this Court under 28 U.S.C. § 1404(a).

8. On April 29, 2008, Judge Snyder granted the defendants' motion to transfer *Watkins* to this Court on the grounds that: (1) the parties agreed that *Watkins* should be transferred to this Court, and (2) *Watkins* is related to this action which was transferred to this Court on March 10, 2008.

1      9.    On April 30, 2008, the clerk for the Central District of California transmitted the files for *Watkins* to this Court.

2      10.    On May 7, 2008, *Watkins* was assigned to the Honorable Jeffrey S. White.

3      11.    On May 13, 2008, Judge White recused himself from *Watkins*.

4      12.    On May 14, 2008, *Watkins* was reassigned to the Honorable Phyllis J. Hamilton.

5      13.    For the reasons set out above, the parties stipulate and agree that *Watkins*, having already been ordered related to this action, should, therefore, be reassigned to the undersigned Judge.

Dated: May 16, 2008    MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White [e-filing signature]

Attorneys for Defendants Yahoo! Inc., Terry S. Semel, Susan L. Decker, Farzad Nazem, and Daniel Rosensweig and all Defendants in *Watkins v. Semel*, Case No. CV 08-02359 PJH

Dated: May 16, 2008    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Spencer A. Burkholz [e-filing signature]

Attorneys for Plaintiffs

Dated: May 16, 2008    JOHNSON BOTTINI, LLP

By: /s/ Francis A. Bottini, Jr. [e-filing signature]

Attorneys for Plaintiff in *Watkins v. Semel*, Case No. CV 08-02359 PJH

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing, this Court finds that the action presently captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.), having already been ordered related to this action, should be reassigned to the undersigned Judge.

**IT IS SO ORDERED.**

Date: _____, 2008

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

3

1
2  **ECF ATTESTATION**

3  I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

4  **STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE**

5

6  In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White,

7  Spencer A. Burkholz, and Francis A. Bottini, Jr. have concurred in this filing.

8  Dated: May 16, 2008                    MORRISON & FOERSTER LLP

9                                          By:/s/ Mark R.S. Foster [e-filing signature]

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

4

# Attachment A

ORIGINAL

FILED
CLERK, U.S DISTRICT COURT

JUL - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jill Watkins, etc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-3882-AHM(SHx) |
| v. | |
| Terry S. Semel, et al. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____     _Christina A. Snyder_____
Date                        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____     _____
Date                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___CV 05-4588-CAS(FMOx)___ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Hillman___ to Magistrate Judge ___Olguin___.

On all documents subsequently filed in this case, please substitute the initials ___CAS(FMOx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-3882-CAS(FMOx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

JUN 28 2007                                              ENTERED ON CM 7/3/07

# Attachment B

COPY

1  JOHNSON BOTTINI, LLP
   Frank J. Johnson (CSB 174882)
2  Francis A. Bottini, Jr. (CSB 175783)
   655 West Broadway, Suite 1400
3  San Diego, California 92101
   Telephone: (619) 230-0063
4  Facsimile: (619) 233-5535
5
   Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED
2007 AUG 28 AM 11:46
CLERK U.S. DISTRICT CT.
CENTRAL DIST. OF
LOS ANGELES
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

**File by Fax**

| | |
|---|---|
| 11  JILL WATKINS, Derivatively On Behalf of YAHOO! INC.,<br>12<br>            Plaintiff,<br>13<br>       vs.<br>14<br>   TERRY S. SEMEL,<br>15  SUSAN L. DECKER,<br>   ARTHUR H. KERN,<br>16  JERRY YANG,<br>   ERIC HIPPEAU,<br>17  EDWARD R. KOZEL,<br>   ROBERT A. KOTICK,<br>18  ROY J. BOSTOCK,<br>   GARY L. WILSON,<br>19  RONALD W. BURKLE, and<br>   VYOMESH JOSHI,<br>20<br>            Defendants,<br>21<br>       -and-<br>22<br>   YAHOO! INC., a Delaware corporation,<br>23<br>            Nominal Defendant. | Case No. CV07-03882 AHM (SHX)<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |

STIPULATION REGARDING FILING OF
AMENDED COMPLAINT AND DEFENDANTS'
RESPONSE THERETO

1  Pursuant to Civil Local Rule 7-1, the parties hereby stipulate, subject to the
2  Court's approval, as follows:
3  WHEREAS, Plaintiff filed a derivative complaint in this Court on June 14,
4  2007, against Nominal Defendant Yahoo! Inc., and several Individual Defendants
5  (collectively "Defendants");
6  WHEREAS, two related securities fraud class actions were also filed against
7  Yahoo! Inc., Terry Semel and Mary Decker: *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-
8  03125-CAS-FMO; and *Hacker v. Yahoo! Inc.*, No. 2:07-cv-03902-ODW-JJW;
9  WHEREAS, by Order dated July 3, 2007, the Court ruled that this Action is
10 related to the class actions and transferred this case to the Honorable Christina A.
11 Snyder;
12 WHEREAS, a hearing was held in the related class actions on August 20, 2007,
13 at which the Court ordered the related class actions consolidated pursuant to Rule 42
14 of the Federal Rules of Civil Procedure and appointed Pension Trust Fund for
15 Operating Engineers and Pompano Beach Police & Firefighters' Retirement System to
16 be lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995;
17 WHEREAS, the parties in the related class actions are in the process of
18 scheduling the filing of a consolidated class action complaint, anticipated motions to
19 dismiss and other matters;
20 WHEREAS, the parties to this Action agree that this Action should be
21 coordinated with the related class actions in the interests of judicial economy;
22 THEREFORE, in order to provide for the orderly and efficient litigation of this
23 case and the related consolidated class actions, the parties hereby stipulate as follows:
24 1.  No Defendant is required to respond to the current operative complaint in
25 this Action;
26 2.  Plaintiff shall have up to and including October 31, 2007, to file an
27 amended complaint;
28

-1-

STIPULATION REGARDING FILING OF
AMENDED COMPLAINT AND DEFENDANTS'
RESPONSE THERETO

1      3.   If Plaintiff files an amended complaint, then Defendants shall have thirty days from the date of the filing of the amended complaint to answer or otherwise respond to the amended complaint;

    4.   If Plaintiff fails to file an amended complaint by October 31, 2007, then Defendants shall answer or otherwise respond to Plaintiff's original complaint by November 30, 2007.

IT IS SO STIPULATED.

Dated: August 27, 2007

_____
FRANCIS A. BOTTINI, JR.

JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, California 92101

Attorney for Plaintiff Jill Watkins

Dated: August 27, 2007

_____
JORDAN ETH

MORRISON & FOERSTER
425 Market Street
San Francisco, California 94105

Attorney For Defendants Terry S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau, Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson, Ronald W. Burkle, Vyomesh Joshi, And Nominal Defendant Yahoo!, Inc.

**IT IS SO ORDERED.**

Dated: 8/28/07

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

# Attachment C

RECEIVED
OCT 15 2007
JORDAN ETH

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 Attorneys for Nominal Defendant Yahoo! Inc. and Defendants Terry
   S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau,
12 Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson,
   Ronald W. Burkle, and Vyomesh Joshi

13

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION

16 JILL WATKINS, Derivatively On Behalf of )  Case No. CV07-03882 CAS (FMOx)
   YAHOO! INC.,                           )
17                                         )
                Plaintiff,                 )  STIPULATION AND
18                                         )  [PROPOSED] ORDER
           vs.                             )  REGARDING (1) THE FILING
19                                         )  OF AN AMENDED COMPLAINT
   TERRY S. SEMEL, SUSAN L. DECKER,        )  AND (2) DEFENDANTS'
20 ARTHUR H. KERN, JERRY YANG,             )  RESPONSES
   ERIC HIPPEAU, EDWARD R. KOZEL,          )
21 ROBERT A. KOTICK, ROY J.                )
   BOSTOCK, GARY L. WILSON,                )
22 RONALD W. BURKLE, and VYOMESH           )
   JOSHI,                                  )
23                                         )
                Defendants,                )
24      -and-                              )
25 YAHOO! INC., a Delaware corporation,    )
26              Nominal Defendant.         )

27

28
                                              STIPULATION AND [PROPOSED] ORDER
                                              CASE NO. CV07-03882 CAS (FMOx)

sf-2397377

Pursuant to Civil Local Rules 7-1 and 52-9, the parties, through their counsel of record, hereby stipulate as follows:

1. Plaintiff filed her derivative complaint in this Court on June 14, 2007, on behalf of Nominal Defendant Yahoo! Inc., and against eleven Individual Defendants (collectively "Defendants").

2. This action is related to the consolidated securities fraud class action filed against Yahoo! Inc., Terry S. Semel, and Susan L. Decker and captioned *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-03125-CAS-FMOx (the "Class Action").

3. On August 20, 2007, this Court appointed a lead plaintiff and lead counsel for the Class Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B) of the Securities Exchange Act of 1934, as amended.

4. On August 29, 2007, this Court granted the parties' stipulation providing that Plaintiff would have up to and including October 31, 2007 to file an amended complaint in light of the parties' agreement that this Action should be coordinated with the Class Action in the interests of judicial economy.

5. On October 1, 2007, the parties in the Class Action submitted a scheduling stipulation for the Court's approval. That stipulation sets forth a proposed schedule for the filing of a consolidated amended complaint in the Class Action, and a briefing schedule for Defendants' motions to dismiss.

6. The parties in this Action continue to believe that this Action should be coordinated with the Class Action in the interests of judicial economy and agree to the following schedule, subject to the Court's approval:

    a. Plaintiff shall file her Amended Complaint on or before December 3, 2007.

    b. Defendants shall have until February 1, 2008 to respond to the Amended Complaint.

1    c.   If Defendants respond to the Amended Complaint by filing
2         motions to dismiss, Plaintiffs shall file any oppositions on or
3         before March 17, 2008.
4    d.   If Defendants file motions to dismiss, Defendants shall file any
5         reply briefs on or before April 14, 2008.
6    e.   Any motions to dismiss shall be noticed for hearing on
7         Monday, April 28, 2008, at 10:00 a.m.

8

9   Dated: October 3, 2007        MORRISON & FOERSTER LLP

10

11                                By: _____

12                                     JORDAN ETH

13                                Attorneys for Nominal Defendant Yahoo! Inc.,
14                                and Defendants Terry S. Semel, Susan L.
                                  Decker, Arthur H. Kern, Jerry Yang, Eric
15                                Hippeau, Edward R. Kozel, Robert A. Kotick,
                                  Roy J. Bostock, Gary L. Wilson, Ronald W.
16                                Burkle, and Vyomesh Joshi

17  Dated: October 1, 2007        JOHNSON BOTTINI, LLP

18

19                                By: _____
20                                     FRANK JOHNSON

21                                Attorneys for Plaintiff Jill Watkins

22

23  **IT IS SO ORDERED.**

24

25  Dated: OCT - 5 2007           CHRISTINA A. SNYDER
26                                _____
                                  CHRISTINA A. SNYDER
27                                UNITED STATES DISTRICT JUDGE

28

-2-                                      STIPULATION AND [PROPOSED] ORDER
                                         CASE NO. CV07-03882 CAS (FMOx)

sf-2397377

# Attachment D

1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 Attorneys for Nominal Defendant Yahoo! Inc. and Defendants Terry
   S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau,
12 Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson,
   Ronald W. Burkle, and Vyomesh Joshi

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JILL WATKINS, Derivatively On Behalf of YAHOO! INC., <br><br>Plaintiff, <br><br>vs. <br><br>TERRY S. SEMEL, SUSAN L. DECKER, ARTHUR H. KERN, JERRY YANG, ERIC HIPPEAU, EDWARD R. KOZEL, ROBERT A. KOTICK, ROY J. BOSTOCK, GARY L. WILSON, RONALD W. BURKLE, and VYOMESH JOSHI, <br><br>Defendants, <br><br>-and- <br><br>YAHOO! INC., a Delaware corporation, <br><br>Nominal Defendant. | Case No. CV07-03882 CAS (FMOx) <br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING (1) THE FILING OF AN AMENDED COMPLAINT AND (2) DEFENDANTS' RESPONSES** <br><br>BY FAX |

LODGED
2007 NOV 29 PM 3:09

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV07-03882 CAS (FMOx)

sf-2429492

Pursuant to Civil Local Rules 7-1 and 52-9, the parties, through their counsel of record, hereby stipulate as follows:

1. Plaintiff filed her derivative complaint in this Court on June 14, 2007, on behalf of Nominal Defendant Yahoo! Inc., and against eleven Individual Defendants (collectively "Defendants").

2. This action is related to the consolidated securities fraud class action filed against Yahoo! Inc., Terry S. Semel, and Susan L. Decker and captioned *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-03125-CAS-FMOx (the "Class Action").

3. On October 5, 2007, this Court granted the parties' stipulation setting forth a proposed schedule for the filing of an amended complaint and a briefing schedule for Defendants' responses in light of the parties' agreement that this Action should be coordinated with the schedule in the Class Action in the interests of judicial economy.

4. On November 20, 2007, this Court granted a stipulation submitted by the parties in the Class Action setting forth a revised schedule for the filing of a consolidated amended complaint in the Class Action and a briefing schedule for the defendants' motion(s) to dismiss.

5. The parties in this Action continue to believe that this Action should be coordinated with the Class Action in the interests of judicial economy and agree to the following revised schedule, subject to the Court's approval:

    a. Plaintiff shall file her Amended Complaint on or before January 11, 2008.

    b. Defendants shall have until March 21, 2008 to respond to the Amended Complaint.

    c. If Defendants respond to the Amended Complaint by filing motions to dismiss, Plaintiffs shall file any oppositions on or before May 5, 2008.

| | | |
|---|---|---|
| 1 | d. | If Defendants file motions to dismiss, Defendants shall file any reply briefs on or before June 4, 2008. |
| 3 | e. | Any motions to dismiss shall be noticed for hearing on Monday, June 16, 2008, at 10:00 a.m. |

Dated: November 29, 2007      MORRISON & FOERSTER LLP

By: _____
JUDSON E. LOBDELL

Attorneys for Nominal Defendant Yahoo! Inc., and Defendants Terry S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau, Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson, Ronald W. Burkle, and Vyomesh Joshi

Dated: November 29, 2007      JOHNSON BOTTINI, LLP

By: _____ by [initials] 223602
Frank Johnson w/ permission
FRANK JOHNSON

Attorneys for Plaintiff Jill Watkins

**IT IS SO ORDERED.**

Dated: 11/29/07      _____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-