1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415-268-7000
6  Facsimile:    415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304
   Telephone:   650-813-5600
10 Facsimile:    650-494-0792

11 Attorneys for Defendant Yahoo! Inc., Terry S. Semel, Susan L.
   Decker, Farzad Nazem, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC.<br><br>ELLEN ROSENTHAL BRODSKY, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG,<br><br>Defendants.<br><br>This Document Relates To:  All Actions | **CLASS ACTION**<br><br>Case No. C-08-02150 CW<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>[CIVIL L.R. 6-1, 7-12] |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. CV 08-02150 CW
sf-2515360

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil Local Rules 6-1 and 7-12, court-appointed lead plaintiffs, Pension |
| 3 | Trust Fund for Operating Engineers ("Operating Engineers") and Pompano Beach Police & |
| 4 | Firefighters' Retirements System ("Pompano Beach"), and defendants Yahoo! Inc. ("Yahoo!"), |
| 5 | Susan L. Decker, Farzad Nazem, Terry S. Semel, and Daniel Rosensweig (collectively |
| 6 | "Defendants"), through their undersigned counsel, hereby stipulate, subject to the Court's |
| 7 | approval, as follows: |
| 8 | WHEREAS, this action was filed on May 11, 2007, in the United States District Court |
| 9 | for the Central District of California; |
| 10 | WHEREAS, on August 20, 2007, Judge Snyder of the Central District of California |
| 11 | appointed Operating Engineers and Pompano Beach co-lead plaintiffs, and consolidated this |
| 12 | action with a related action, pursuant to the provisions of the Private Securities Litigation |
| 13 | Reform Act, 15 U.S.C. § 78u-4 *et seq.*; |
| 14 | WHEREAS, Plaintiffs filed their Consolidated Amended Complaint (the "CAC") on |
| 15 | December 21, 2007; |
| 16 | WHEREAS, on February 12, 2008, Defendants moved to transfer this action from the |
| 17 | Central District of California to the Northern District of California; |
| 18 | WHEREAS, on March 10, 2008, the court granted Defendants' motion to transfer; |
| 19 | WHEREAS, this action was transferred to the Northern District of California and |
| 20 | subsequently assigned to this Court; |
| 21 | WHEREAS, on May 7, 2008, the Court entered an order setting an initial case |
| 22 | management conference on August 5, 2008; and |
| 23 | WHEREAS, Defendants intend to move to dismiss the CAC; |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. CV 08-02150 CW
sf-2515360

1

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Defendants shall file their motions to dismiss the CAC on or before June 20, 2008.

2. Plaintiffs shall file their opposition(s) to any motions to dismiss on or before August 1, 2008.

3. Defendants shall file any replies in support of their motions to dismiss on or before September 3, 2008.

4. A hearing on Defendants' motions to dismiss will be held on September 18, 2008, at 2:00 p.m.

5. The initial case management conference scheduled for August 5, 2008, shall be continued to September 18, 2008.

Dated: May 13, 2008    MORRISON & FOERSTER LLP

By: /s/ Judson Lobdell [e-filing signature]

Attorneys for Defendants Yahoo! Inc., Terry S. Semel, Susan L. Decker, Farzad Nazem, and Daniel Rosensweig

Dated: May 13, 2008    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Spencer A. Burkholz [e-filing signature]

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**5/16/08**

Date: _____, 2008

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
Case No. CV 08-02150 CW
sf-2515360

2

| | |
|---|---|
| 1 | |
| 2 | **ECF ATTESTATION** |

I, Mark Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

In compliance with General Order 45, X.B., I hereby attest that Judson Lobdell and Spencer A. Burkholz have concurred in this filing.

Dated: May 13, 2008                MORRISON & FOERSTER LLP

By: /s/ Mark R.S. Foster [e-filing signature]

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. CV 08-02150 CW
sf-2515360

3