1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415-268-7000
6  Facsimile:    415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304
   Telephone:   650-813-5600
10 Facsimile:    650-494-0792

11 Attorneys for Defendant Yahoo! Inc., Terry S. Semel, Susan L.
   Decker, Farzad Nazem, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. | **CLASS ACTION** |
| | Case No. CV 08-02150 CW |
| ELLEN ROSENTHAL BRODSKY, on Behalf of Herself and All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER REASSIGNING CASE** |
| YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG, | **[CIVIL L.R. 3-12, 7-11]** |
| Defendants. | |
| This Document Relates To:  All Actions | |

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

| | |
|---|---|
| 1 | **STIPULATION** |

Pursuant to Civil L.R. 3-12 and 7-11, and General Order 44, the parties in the shareholder derivative action captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.) ("*Watkins*"), through their undersigned counsel, agree that *Watkins*, having already been ordered related to this action, should, therefore, be reassigned from the Honorable Phyllis J. Hamilton to the undersigned Judge.

1. This action was filed in the United States District Court for the Central District of California on May 11, 2007.

2. *Watkins* was filed in the Central District of California on June 14, 2007.

3. Counsel for Defendants in this action also represent the defendants in *Watkins*.

4. The plaintiff in *Watkins* is represented by Frank J. Johnson and Francis A. Bottini, Jr. of Johnson Bottini, LLP.

5. On July 3, 2007, the Honorable Christina A. Snyder of the Central District of California consented to a low-number transfer of *Watkins* to her calendar, pursuant to Central District General Order 224, on the grounds that *Watkins*, this action, and other actions filed against Yahoo! before Judge Snyder "[a]rise from the same or closely related transactions, happenings or events"; "[c]all for determination of the same or substantially related or similar questions of law and fact"; and "[f]or other reasons would entail substantial duplication of labor if heard by different judges." Attachment A is a copy of the July 3, 2007 Order.

6. On August 27, 2007, October 1, 2007, and November 29, 2007, the parties in *Watkins* stipulated that *Watkins* should be coordinated with this action "in the interests of judicial economy." Attachments B, C, and D are copies of each stipulation.

7. On April 15, 2008, the defendants in *Watkins* moved to transfer *Watkins* to this Court under 28 U.S.C. § 1404(a).

8. On April 29, 2008, Judge Snyder granted the defendants' motion to transfer *Watkins* to this Court on the grounds that: (1) the parties agreed that *Watkins* should be transferred to this Court, and (2) *Watkins* is related to this action which was transferred to this Court on March 10, 2008.

9. On April 30, 2008, the clerk for the Central District of California transmitted the files for *Watkins* to this Court.

10. On May 7, 2008, *Watkins* was assigned to the Honorable Jeffrey S. White.

11. On May 13, 2008, Judge White recused himself from *Watkins*.

12. On May 14, 2008, *Watkins* was reassigned to the Honorable Phyllis J. Hamilton.

13. For the reasons set out above, the parties stipulate and agree that *Watkins*, having already been ordered related to this action, should, therefore, be reassigned to the undersigned Judge.

Dated: May 16, 2008          MORRISON & FOERSTER LLP

                             By: /s/ Anna Erickson White [e-filing signature]

                                 Attorneys for Defendants Yahoo! Inc., Terry S. Semel, Susan L. Decker, Farzad Nazem, and Daniel Rosensweig and all Defendants in *Watkins v. Semel*, Case No. CV 08-02359 PJH

Dated: May 16, 2008          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                             By: /s/ Spencer A. Burkholz [e-filing signature]

                                 Attorneys for Plaintiffs

Dated: May 16, 2008          JOHNSON BOTTINI, LLP

                             By: /s/ Francis A. Bottini, Jr. [e-filing signature]

                                 Attorneys for Plaintiff in *Watkins v. Semel*, Case No. CV 08-02359 PJH

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE
CASE NO. CV 08-02150 CW
sf-2517368

2

| | |
|---|---|
| 1 | **ORDER** |

Pursuant to the parties' stipulation and good cause appearing, this Court finds that the action presently captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.), having already been ordered related to this action, should be reassigned to the undersigned Judge.

**IT IS SO ORDERED.**

**6/11**

Date: _____, 2008

*/s/ Claudia Wilken*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

## ECF ATTESTATION

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE**

In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White, Spencer A. Burkholz, and Francis A. Bottini, Jr. have concurred in this filing.

Dated: May 16, 2008                    MORRISON & FOERSTER LLP

                                                                By:/s/ Mark R.S. Foster [e-filing signature]