UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



### RELATED CASE ORDER

A stipulation to relate cases has been filed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

C 08-02150 CW      Brodsky et al v. Yahoo! Inc. et al

C 08-02359 PJH     Watkins v. Semel et al

I find that the above case is related to the case assigned to me.  _CW_

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("**CW**") immediately after the case number. **A Case Management Conference will be held on September 18, 2008, at 2:00 p.m.** The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: JUN 11 2008          _____
                              Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____      **By:** _____
                                                                                **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)