1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:    415-268-7000
6  Facsimile:    415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone:    650-813-5600
10 Facsimile:    650-494-0792

11 Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
   SUSAN L. DECKER, DANIEL L. ROSENSWEIG, and
12 FARZAD NAZEM

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

| | |
|---|---|
| 16  IN RE: YAHOO! INC. | **CLASS ACTION** |
| 17  ELLEN ROSENTHAL BRODSKY, on Behalf of Herself and All Others Similarly Situated, | Case No. CV-08-2150-CW |
| 18                          Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| 19  v. | |
| 20  YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG, | |
| 22                          Defendants. | |
| 25  This Document Relates To:  All Actions | |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CAC
MASTER FILE NO. CV-08-2150-CW
sf-2535552

**[PROPOSED] ORDER**

Yahoo! Inc., Terry S. Semel, Susan L. Decker, Daniel L. Rosensweig and Farzad Nazem ("Defendants") have moved the Court, pursuant Federal Rules of Civil Procedure 9(b) and 12(b)(6), and Section 21D of the Securities Exchange Act of 1934, as amended (the "Reform Act"), 15 U.S.C. §78u-4 *et seq.*, to dismiss with prejudice the Consolidated Amended Complaint (the "CAC"), filed on December 21, 2007, by Lead Plaintiffs Pension Trust Fund for Operating Engineers, Pompano Beach Police & Firefighters' Retirement System and Ellen Rosenthal Brodsky.

This matter came on for hearing on September 18, 2008, at 2:00 p.m.

Having considered all the papers filed by the parties in connection with Defendants' Motions to Dismiss, the parties' arguments at hearing on this matter, and other matters of which the Court may properly take judicial notice, the Court finds:

1. The CAC does not satisfy the pleading requirements of Federal Rules of Civil Procedure 9(b) or 12(b)(6), or the Reform Act.

2. Therefore, FOR GOOD CAUSE SHOWN, the CAC is dismissed with prejudice.

IT IS SO ORDERED this _____ Day of _____, 2008.

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE