1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:    415-268-7000
6  Facsimile:    415-268-7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone:    650-813-5600
10 Facsimile:    650-494-0792

11 Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
   SUSAN L. DECKER, DANIEL L. ROSENSWEIG, and
12 FARZAD NAZEM

13             UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                 OAKLAND DIVISION

16 | IN RE: YAHOO! INC. | CLASS ACTION |
|---|---|
17 | ELLEN ROSENTHAL BRODSKY, on Behalf of Herself and All Others Similarly Situated, | Case No. CV-08-2150-CW |
18 | | **CERTIFICATE OF SERVICE** |
19 | | |
20 | YAHOO! INC., TERRY S. SEMEL, SUSAN L. DECKER, FARZAD NAZEM, and DANIEL ROSENSWEIG, | |
21 | | |
22 | | |
23 | . | |
24 | | |
25 | This Document Relates To:  All Actions | |
26 | | |
27 | | |
28

CERTIFICATE OF SERVICE
MASTER FILE NO. CV-08-2150-CW
sf-2535556

# CERTIFICATE OF E-SERVICE

I declare that I am associated with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105; I am not a party to the within cause; I am over the age of eighteen years. I declare that on the date hereof I filed and served the document described as follows:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**DECLARATION OF MATTHEW H. RICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

using the Northern District of California's Electronic Case Filing System, with the ECF ID registered in my name. The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

- Mary K. Blasy    maryb@lerachlaw.com, e_file_sf@lerachlaw.com

- Anne Louise Box    anneb@csgrr.com

- Spencer A. Burkholz    SpenceB@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, jwilber@csgrr.com

- Patrick J. Coughlin    PatC@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com

- Alan I. Ellman    aellman@labaton.com, cchan@labaton.com

- Jordan Eth    jeth@mofo.com

- Mark R.S. Foster    mfoster@mofo.com, vpooni@mofo.com

- Christopher J. Keller    ckeller@labaton.com, cchan@labaton.com

- Mark Irving Labaton    mlabaton@kreindler.com, wkurtz@kreindler.com

- Laurie L. Largent    llargent@csgrr.com

- Judson Earle Lobdell    jlobdell@mofo.com, mblackmer@mofo.com

- Tricia Lynn McCormick    triciam@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com Andrei V. Rado    arado@labaton.com

- Darren Jay Robbins    e_file_sd@csgrr.com

- Henry Rosen    HenryR@csgrr.com
- Anna Erickson White    awhite@mofo.com, avickery@mofo.com

**Notice has been delivered by other means to:**

Nathan Bear
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway Suite 1900
San Diego, CA 92101

I further declare that, pursuant to Civil L.R. 23-2, on the date hereof I served a copy of:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**DECLARATION OF MATTHEW H. RICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

on the Securities Class Action Clearing house by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

jcarlos@law.stanford.edu

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 20th day of June, 2008.

By:  /s/ Mark R.S. Foster [e-filing signature]