COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ (147029)
HENRY ROSEN (156963)
ANNE L. BOX (224354)
LAURIE L. LARGENT (153493)
MARY K. BLASY (211262)
JULIE A. WILBER (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@csgrr.com
henryr@csgrr.com
anneb@csgrr.com
llargent@csgrr.com
maryb@csgrr.com
jwilber@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re YAHOO! INC. | ) Master File No. 4:08-cv-02150-CW |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| ALL ACTIONS. | ) MODIFYING BRIEFING SCHEDULE AND |
| | ) HEARING DATE FOR DEFENDANTS' |
| | ) MOTION TO DISMISS PLAINTIFFS' |
| | CONSOLIDATED AMENDED |
| | COMPLAINT |

1    Pursuant to Civil Local Rules 6-1 and 7-12, court-appointed Lead Plaintiffs, Pension Trust

2  Fund for Operating Engineers and Pompano Beach Police & Firefighters' Retirement System

3  (collectively "Plaintiffs"), and defendants Yahoo! Inc., Susan L. Decker, Farzad Nazem, Terry S.

4  Semel, and Daniel L. Rosensweig (collectively "Defendants"), through their undersigned counsel,

5  hereby stipulate, subject to the Court's approval, as follows:

6    WHEREAS Plaintiffs filed their Consolidated Amended Complaint for Violation of the

7  Federal Securities Laws ("Complaint") on December 21, 2007;

8    WHEREAS pursuant to the Court's May 16, 2008 Order, Defendants filed their Motion to

9  Dismiss the Complaint on June 20, 2008;

10    WHEREAS the hearing on Defendants' Motion to Dismiss was set for September 18, 2008;

11    WHEREAS Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on August 1,

12  2008;

13    WHEREAS counsel for Plaintiffs, Henry Rosen, was informed on July 25, 2008, that oral

14  argument in a case pending before the Sixth Circuit Court of Appeals was set for September 18,

15  2008, the same day Defendants' Motion to Dismiss is set for hearing before this Court;

16    WHEREAS counsel for the parties have conferred about the conflict and Defendants have

17  agreed to request that the hearing date be rescheduled for October 2, 2008 and Plaintiffs have agreed

18  to allow Defendants until September 17, 2008 to file their reply in support of the Motion to Dismiss,

19    IT IS HEREBY AGREED AS FOLLOWS:

20    1.    Defendants' reply in support of their Motion to Dismiss the Complaint shall be filed

21  on or before September 17, 2008;

22    2.    The hearing on Defendants' Motion to Dismiss is rescheduled to October 2, 2008 at

23  2:00 p.m.; and

24

25

26

27

28

1     3.    The initial case management conference scheduled for September 18, 2008, shall be

2  continued to October 2, 2008.

3  DATED:  August 19, 2008                    COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
4                                             SPENCER A. BURKHOLZ
                                              HENRY ROSEN
5                                             ANNE L. BOX
                                              LAURIE L. LARGENT
6                                             MARY K. BLASY
                                              JULIE A. WILBER
7

8                                                     s/ HENRY ROSEN
9                                                      HENRY ROSEN

10                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
11                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
12
                                              Lead Counsel for Plaintiffs
13
                                              SUGARMAN & SUSSKIND
14                                            ROBERT SUGARMAN
                                              100 Miracle Mile, Suite 300
15                                            Coral Gables, FL  33134
                                              Telephone:  305/529-2801
16                                            305/447-8115 (fax)

17                                            Additional Counsel for Plaintiff

18        I, Henry Rosen, am the ECF User whose ID and password are being used to file this

19  Stipulation and [Proposed] Order Modifying Briefing Schedule and Hearing Date for Defendants'

20  Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.  In compliance with General Order

21  45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

22  DATED:  August 19, 2008                    MORRISON & FOERSTER, LLP
                                              JORDAN ETH
23                                            JUDSON E. LOBDELL

24

25                                                s/ JUDSON E. LOBDELL
26                                                 JUDSON E. LOBDELL

27

28

1

2      425 Market Street
       San Francisco, CA  94105-2482
3      Telephone:  415/268-7000
       415/268-7522 (fax)

4      Attorneys for Defendants Yahoo! Inc., Terry S.
       Semel, Susan L. Decker, Farzad Nazem, and
5      Daniel L. Rosensweig

6                              *       *       *

7            PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   DATED: _____   _____
                                          THE HONORABLE CLAUDIA WILKEN
10                                        UNITED STATES DISTRICT JUDGE

11  S:\CasesSD\Yahoo\STP00053406.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 19, 2008.

<u>  s/ HENRY ROSEN                              </u>
HENRY ROSEN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: HenryR@csgrr.com

# Mailing Information for a Case 4:08-cv-02150-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Anne Louise Box**
  anneb@csgrr.com

- **Spencer A. Burkholz**
  SpenceB@csgrr.com,jwilber@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alan I. Ellman**
  aellman@labaton.com,cchan@labaton.com

- **Jordan Eth**
  jeth@mofo.com

- **Mark R.S. Foster**
  mfoster@mofo.com,vpooni@mofo.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Mark Irving Labaton**
  mlabaton@kreindler.com,wkurtz@kreindler.com

- **Laurie L. Largent**
  llargent@csgrr.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Andrei V. Rado**
  arado@labaton.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Henry Rosen**
  HenryR@csgrr.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Nathan Bear**
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway Suite 1900
San Diego, CA 92101