| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| |     RUDMAN & ROBBINS LLP |
| 2 | SPENCER A. BURKHOLZ (147029) |
| | HENRY ROSEN (156963) |
| 3 | ANNE L. BOX (224354) |
| | LAURIE L. LARGENT (153493) |
| 4 | MARY K. BLASY (211262) |
| | JULIE A. WILBER (246949) |
| 5 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 7 | spenceb@csgrr.com |
| | henryr@csgrr.com |
| 8 | anneb@csgrr.com |
| | llargent@csgrr.com |
| 9 | maryb@csgrr.com |
| | jwilber@csgrr.com |

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re YAHOO! INC. | ) Master File No. 4:08-cv-02150-CW |
| | ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| ALL ACTIONS. | ) BRIEFING SCHEDULE AND HEARING |
| | ) DATE FOR DEFENDANTS' MOTION TO |
| |    DISMISS PLAINTIFFS' CONSOLIDATED |
| |    AMENDED COMPLAINT |

1    Pursuant to Civil Local Rules 6-1 and 7-12, court-appointed Lead Plaintiffs, Pension Trust
2 Fund for Operating Engineers and Pompano Beach Police & Firefighters' Retirement System
3 (collectively "Plaintiffs"), and defendants Yahoo! Inc., Susan L. Decker, Farzad Nazem, Terry S.
4 Semel, and Daniel L. Rosensweig (collectively "Defendants"), through their undersigned counsel,
5 hereby stipulate, subject to the Court's approval, as follows:
6    WHEREAS Plaintiffs filed their Consolidated Amended Complaint for Violation of the
7 Federal Securities Laws ("Complaint") on December 21, 2007;
8    WHEREAS pursuant to the Court's May 16, 2008 Order, Defendants filed their Motion to
9 Dismiss the Complaint on June 20, 2008;
10    WHEREAS the hearing on Defendants' Motion to Dismiss was set for September 18, 2008;
11    WHEREAS Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on August 1,
12 2008;
13    WHEREAS counsel for Plaintiffs, Henry Rosen, was informed on July 25, 2008, that oral
14 argument in a case pending before the Sixth Circuit Court of Appeals was set for September 18,
15 2008, the same day Defendants' Motion to Dismiss is set for hearing before this Court;
16    WHEREAS counsel for the parties have conferred about the conflict and Defendants have
17 agreed to request that the hearing date be rescheduled for October 2, 2008 and Plaintiffs have agreed
18 to allow Defendants until September 17, 2008 to file their reply in support of the Motion to Dismiss,
19    IT IS HEREBY AGREED AS FOLLOWS:
20    1.    Defendants' reply in support of their Motion to Dismiss the Complaint shall be filed
21 on or before September 17, 2008;
22    2.    The hearing on Defendants' Motion to Dismiss is rescheduled to October 2, 2008 at
23 2:00 p.m.; and
24
25
26
27
28

STIP AND ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFS'
MOTION TO DISMISS PLTFS' CONSOLIDATED AMENDED COMPLAINT - 4:08-cv-02150-CW    - 1 -

3. The initial case management conference scheduled for September 18, 2008, shall be continued to October 2, 2008.

DATED: August 19, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
ANNE L. BOX
LAURIE L. LARGENT
MARY K. BLASY
JULIE A. WILBER


                s/ HENRY ROSEN
                 HENRY ROSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

I, Henry Rosen, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Briefing Schedule and Hearing Date for Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

DATED: August 19, 2008

MORRISON & FOERSTER, LLP
JORDAN ETH
JUDSON E. LOBDELL


                s/ JUDSON E. LOBDELL
                 JUDSON E. LOBDELL

STIP AND ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFS'
MOTION TO DISMISS PLTFS' CONSOLIDATED AMENDED COMPLAINT - 4:08-cv-02150-CW   - 2 -

```
                                        425 Market Street
                                        San Francisco, CA  94105-2482
                                        Telephone:  415/268-7000
                                        415/268-7522 (fax)

                                        Attorneys for Defendants Yahoo! Inc., Terry S.
                                        Semel, Susan L. Decker, Farzad Nazem, and
                                        Daniel L. Rosensweig
```

                              *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/27/08                         _____
                                        THE HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\jillk\LOCALS~1\Temp\22\MetaSave\STP00053406.doc

STIP AND ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFS'
MOTION TO DISMISS PLTFS' CONSOLIDATED AMENDED COMPLAINT - 4:08-cv-02150-CW       - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2008.

    s/ HENRY ROSEN
HENRY ROSEN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: HenryR@csgrr.com